# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
VIRGINIA GOLF, LLC § Case No. 13-30814 KRH
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on        . The case was converted to one under Chapter 7 on          . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ROY M. TERRY, JR._____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| | |
|---|---|
| Case No: | 13-30814    KRH    Judge: Hon. Kevin R. Huennekens |
| Case Name: | VIRGINIA GOLF, LLC |
| For Period Ending: | 12/12/14 |

| | |
|---|---|
| Trustee Name: | ROY M. TERRY, JR. |
| Date Filed (f) or Converted (c): | 10/17/13 (c) |
| 341(a) Meeting Date: | 11/18/13 |
| Claims Bar Date: | 06/20/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8399 Golf Course Drive, Disputanta, VA | 950,000.00 | 0.00 | | 0.00 | FA |
| 2. First Community Bank | 485.00 | 485.00 | | 0.00 | FA |
| 3. 2000 Toro Greenmaster 3000 Tee Mower | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 4. 1998 John Deere 1200A Sand Pro | 2,600.00 | 2,600.00 | | 0.00 | FA |
| 5. Golf Shop Displays and fixtures | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. Golf Flags, tee markers, ball washers, tee signs, | 3,600.00 | 3,600.00 | | 0.00 | FA |
| 7. Various tools | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 8. WELLS FARGO BANK ACCOUNT (u) | Unknown | 0.00 | | 806.02 | FA |

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $964,685.00 | $14,685.00 | | $806.02 |

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 19, 2014, 06:44 pm   This is a converted Chapter 11 case.  At the time of conversion, the bank holding a first deed of trust on the golf course property had already received relief from stay to foreclose.  that foreclosure has occurred.  After visiting the course and conducting the 341 meeting, I concluded that no personalty of value existed.  I have requested bank account information for review.  A sister course has also been in Chapter 11, and I suspect that any potentially avoidable transfers have occurred with this course. Wells Fargo did freeze the golf course bank account when the case converted, and I do have that small amount of funds.  I do not anticipate a distribution to creditors in this case, and will get it closed as quickly as possible.

Initial Projected Date of Final Report (TFR):  / /      Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-30814 -KRH | Trustee Name: | ROY M. TERRY, JR. |
| --- | --- | --- | --- |
| Case Name: | VIRGINIA GOLF, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******4509 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3502 | | |
| For Period Ending: | 12/12/14 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/13 | 8 | Wells Fargo<br>Cashier's Check | FUNDS IN BANK ACCOUNT | 1230-000 | 742.80 | | 742.80 |
| 11/27/13 | 8 | Wells Fargo<br>Cashier's Check | Funds From Bank Account | 1230-000 | 63.22 | | 806.02 |
| 05/09/14 | 100001 | INSURANCE PARTNERS AGENCY, INC.<br>26865 CENTER RIDGE ROAD<br>WESTLAKE, OHIO 44145 | Blanket Bond- 2014<br>TERRY-5 | 2300-000 | | 0.83 | 805.19 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 806.02 | 0.83 | 805.19 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 806.02 | 0.83 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 806.02 | 0.83 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******4509 | 806.02 | 0.83 | 805.19 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 806.02 | 0.83 | 805.19 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      806.02      0.83

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 12, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-30814  
Debtor Name: VIRGINIA GOLF, LLC  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Sands Anderson PC<br>1111 East Main Street (23219)<br>P.O. Box 1998<br>Richmond, Virginia 23218-1998 | Administrative | | $805.19 | $0.00 | $805.19 |
| 000007<br>001<br>2950-00 | Office of the US Trustee<br>701 E. Broad St., Suite 4304<br>Richmond, VA 23219 | Administrative | | $975.00 | $0.00 | $975.00 |
| BOND<br>999<br>2300-00 | INSURANCE PARTNERS AGENCY, INC.<br>26865 CENTER RIDGE ROAD<br>WESTLAKE, OHIO 44145 | Administrative | | $0.83 | $0.83 | $0.00 |
| 000001B<br>040<br>5800-00 | Prince George County<br>Office of Treasurer<br>PO Box 156<br>Prince George, VA 23875-0000 | Priority | | $3,664.14 | $0.00 | $3,664.14 |
| 000008A<br>040<br>5800-00 | Prince George County<br>Office of Treasurer<br>PO Box 156<br>Prince George, VA 23875-0000 | Priority | | $3,664.14 | $0.00 | $3,664.14 |
| 000001C<br>070<br>7100-00 | Prince George County<br>Office of Treasurer<br>P.O. Box 156<br>Prince George, VA 23875 | Unsecured | | $282.28 | $0.00 | $282.28 |
| 000002<br>070<br>7100-00 | Yamaha Motor Corporation USA<br>6555 Katella Ave.<br>Cypress, CA 90630-0000 | Unsecured | | $65,667.48 | $0.00 | $65,667.48 |
| 000003<br>070<br>7100-00 | Yamaha Motor Corporation USA<br>6555 Katella Ave.<br>Cypress, CA 90630-0000 | Unsecured | | $78,245.69 | $0.00 | $78,245.69 |
| 000004<br>070<br>7100-00 | Turf & Garden, Inc.<br>P.O. Box 1326<br>Chesapeake, VA 23327 | Unsecured | | $1,380.75 | $0.00 | $1,380.75 |
| 000005<br>070<br>7100-00 | William K. Grogan & Associates<br>203 E. Cary St. Suite #200<br>Richmond VA 23219 | Unsecured | | $32,000.00 | $0.00 | $32,000.00 |
| 000006<br>070<br>7100-00 | FIRST COMMUNITY BANK<br>KIMBERLY A. TAYLOR/<br>KEPLEY BROSCIOUS & BIGGS, PLC<br>2211 PUMP ROAD<br>RICHMOND, VA 23233 | Unsecured | | $768,471.33 | $0.00 | $768,471.33 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 12, 2014 |

Case Number: 13-30814  
Debtor Name: VIRGINIA GOLF, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008B 070 7100-00 | Prince Geroge County Office of Treasurer P.O. Box 156 Prince George, VA 23875 | Unsecured | | $282.28 | $0.00 | $282.28 |
| 000009 070 7100-00 | William K. Grogan & Associates 203 E. Cary St. Suite #200 Richmond VA 23219 | Unsecured | | $32,000.00 | $0.00 | $32,000.00 |
| 000001A 050 4110-00 | Prince George County Office of Treasurer PO Box 156 Prince George, VA 23875-0000 | Secured | | $54,360.32 | $0.00 | $54,360.32 |
| | Case Totals: | | | $1,041,799.43 | $0.83 | $1,041,798.60 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-30814 KRH
Case Name: VIRGINIA GOLF, LLC
Trustee Name: ROY M. TERRY, JR.

Balance on hand  $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Prince George County | $ | $ | $ | $ |

Total to be paid to secured creditors    $_____

Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROY M. TERRY, JR. | $ | $ | $ |
| Trustee Expenses: ROY M. TERRY, JR. | $ | $ | $ |
| Attorney for Trustee Fees: Sands Anderson PC | $ | $ | $ |
| Fees: Office of the US Trustee | $ | $ | $ |
| Other: INSURANCE PARTNERS AGENCY, INC. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Prince George County | $ | $ | $ |
| 000008A | Prince George County | $ | $ | $ |

    Total to be paid to priority creditors                             $_____

    Remaining Balance                                                  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Yamaha Motor Corporation USA | $ | $ | $ |
| 000003 | Yamaha Motor Corporation USA | $ | $ | $ |
| 000004 | Turf & Garden, Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | William K. Grogan & Associates | $ | $ | $ |
| 000006 | FIRST COMMUNITY BANK | $ | $ | $ |
| 000009 | William K. Grogan & Associates | $ | $ | $ |
| 000001C | Prince George County | $ | $ | $ |
| 000008B | Prince Geroge County | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE